NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellant*

v.

**NETLIST, INC.,**
*Appellee*

2023-2133

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00063.

**JUDGMENT**

MICHAEL HAWES, Baker Botts LLP, Houston, TX, argued for appellant. Also represented by LORI DING; THEODORE W. CHANDLER, Los Angeles, CA; ELIOT DAMON WILLIAMS, Washington, DC.

WILLIAM MILLIKEN, Sterne Kessler Goldstein & Fox PLLC, Washington, DC, argued for appellee. Also represented by RICHARD CRUDO; JASON SHEASBY, Irell & Manella LLP, Los Angeles, CA; PHILIP J. WARRICK, Washington, DC.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge,* CHEN, *Circuit Judge,* and BARNETT, *Judge[1]*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 5, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]   Honorable Mark A. Barnett, Chief Judge, United States Court of International Trade, sitting by designation.