# United States Court of Appeals for the Federal Circuit

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellant*

v.

**NETLIST, INC.,**
*Appellee*

2023-2133

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00063.

## MANDATE

In accordance with the judgment of this Court, entered March 5, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 11, 2025
Date

Jarrett B. Perlow
Clerk of Court